JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>              Plaintiffs,<br><br>      vs.<br><br>KINGSTON ELECTRICAL CONTRACTOR, INC., a California corporation,<br><br>              Defendant. | CASE NO.: CV13-00695 MWF (SHx)<br><br>ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD<br><br>**[ORDER RE: STIPULATION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

///

1  TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

2  **IT IS HEREBY ORDERED** that:

3  (1) Pursuant to the "Stipulation for Dismissal Without Prejudice of the Complaint and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" ("Stipulation") entered into by and between Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendant Kingston Electrical Contractor, Inc., the Complaint filed by the Trustees in the above-entitled case shall be dismissed, without prejudice; and

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including but not limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.

Dated: June 30, 2014

UNITED STATES DISTRICT COURT JUDGE

- 2 -

**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**
13-00695_Proposed Order Dismissal Without Prejudice.doc